[No. 30291-4-I.   Division One.   July 12, 1993.]

SKELLENGER & BENDER, P.S., *Plaintiff*, v. ROBERT D.
VANDENBURGH, ET AL, *Defendants*, R.B. VAN
LIMITED PARTNERSHIP, ET AL, *Appellants*,
SEATTLE-FIRST NATIONAL BANK,
N.A., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-2-00277-5, Stanley K. Bruhn, J., entered January 27, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29206-4-I.   Division One.   July 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN
YOCUM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-01231-0, Terrence A. Carroll, J., entered
July 30, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 32364-4-I.   Division One.   July 12, 1993.]

MARY F. COON, ET AL, *Respondents*, v. THE OTIS
ELEVATOR COMPANY, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-04247-9, Jerome M. Johnson, J., entered
February 23, 1993. *Reversed* by unpublished per curiam opinion.